◼ In the Matter of RAYMOND CANNER, Appellant, v CARLTON DELAMETER et al., Constituting the Zoning Board of Appeals in

the Town of Oneonta, Respondents.

Mahoney, P. J., Casey, Weiss and Levine, JJ., concur.